PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Clara Loeffelman      Cr.: 19-06390M-001
                                                                                                                                                                            PACTS #: 6374043

Name of Sentencing Judicial Officer:     THE HONORABLE GEORGE B. DANIELS (SDNY)
                                                                         UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:       THE HONORABLE MADELINE COX ARLEO
                                                                          UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/26/2021

Original Offense:     Count One: Conspiracy to Commit Bank Theft 18 U.S.C. §§ 371 and 2113(b), a Class A Misdemeanor

Original Sentence: 36 months probation

Special Conditions: Drug Testing/Treatment, Search/Seizure, Financial Disclosure, Mental Health Treatment, Special Assessment

Type of Supervision: Probation                                       Date Supervision Commenced: 10/26/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Ms. Loeffelman violated the following special condition of probation: **"You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court."** On August 4th, 2022, Ms. Loeffelman submitted a urinalysis during a home visit which tested positive for Buprenorphine. Mrs. Loeffelman admitted to using Buprenorphine three days prior. She also admitted the daily use of Gabapentin. Ms. Loeffelman does not possess a valid medical prescription for either controlled substance(s). Ms. Loeffelman signed an admission of drug use form for both controlled substances. |

Prob 12A – page 2
Clara Loeffelman

2.  Ms. Loeffelman violated the following special condition of probation:

    **"You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangement (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."**

    During a home visit on August 4, 2022, Ms. Loeffman informed the undersigned that her friend, who was present, has been living with her on a fulltime basis for the past two weeks. Ms. Loffelman failed to inform the United States Probation Office about her change in living arrangements within 72 hours as ordered in her judgment of conviction.

U.S. Probation Officer Action:
Ms. Loeffelman was verbally reprimanded for her continued substance use and failure to report a change in her living arrangements. Ms. Loeffelman was advised that the Court will be notified, and her upcoming Court appearance could be expedited as a result of her new non-compliant behavior. Ms. Loeffelman will continue to attend intensive outpatient treatment at Care Plus in Paramus, New Jersey. We respectfully request this notice be taken into consideration as Ms. Loeffelman is currently pending sentence for a violation of probation stemming back from February 2022.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
       U.S. Probation Officer

/ dkh

APPROVED:

*Elizabeth Villa for*     08/08/22
_____
ELISA MARTINEZ               Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Clara Loeffelman

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

8/11/22
_____
Date